UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-594-RJC

| ANTHONY WILLIAMS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RODNEY BLACKNALL, A.T.F. Agent, Alcohol, Tobacco, Firearms, and Explosives Bureau, | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court upon a motion by the United States to substitute the United States as the party Defendant, (Doc. No. 11). In support of the Motion, the United States has certified, pursuant to 28 U.S.C. § 2679(d)(1), that federal employee Defendant Blacknall was acting within the scope of his employment at all times relevant to the allegations in the complaint.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and the Clerk is directed to substitute the United States as the named Defendant in this case.

Signed: February 1, 2012

Robert J. Conrad, Jr.
Chief United States District Judge