# United States District Court
# For The Western District of North Carolina
# Charlotte Division

**Anthony Williams,**

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                     3:11-cv-594

**Rodney Blacknall,**
**A.T.F. Agent; Alcohol, Tobacco**
**Fireamrs, and Explosives Bureau,**

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2012 Order.

                                                  Signed: June 11, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court